Anton Ewing
3077 Clairemont Dr. #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

Plaintiff In *Pro Per*

**FILED**
Dec 21 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ jillr    DEPUTY

NUNC PRO TUNC
12/10/2020

# THE UNITED STATES FEDERAL DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Nova Lending Solutions, LLC<br>a Georgia Limited Liability Company,<br><br>Lee Aiken, an individual.<br><br>Defendants. | Civil Case No. 20-cv-01707-DMS-KSC<br><br>(Honorable Judge Dana M. Sabraw)<br><br>**EX PARTE MOTION FOR SUBPOENAS FOR CALIFORNIA WITNESSES**<br><br>Date: NA<br>Time: NA<br>Dept: 13 FL<br><br>No oral argument unless ordered by the Court |

Plaintiff Anton Ewing (herein "Plaintiff" or "Ewing"), hereby respectfully request for the Honorable District Judge Dana M. Sabraw grant Plaintiff's request for subpoenas over ten witnesses that have interacted and done business in California with Defendant Nova Lending Solutions, LLC and Defendant Lee Aiken. Namely, each of the listed witnesses were provided by the Defendants in

PLAINTIFF'S EX PARTE MOTION FOR SUBPOENAS FOR CALIFORNIA WITNESSES- 1

20cv1707

their response to a request for production of documents. It is Defendants that have made these witnesses known to Plaintiff. Defendants have asserted that these witnesses were called by Defendants or their agent. Plaintiff has personally interview these California witnesses and they each stated that they were illegal called and harassed by the Defendants recently. They each have information relevant to this action that will tend to prove Plaintiff's claims and causes of action. Exhibit A is the list of the California residents that Plaintiff needs to testimony from. The Court is requested to grant Plaintiff, who is pro se, permission to have the Clerk of the Court issue subpoenas for the deposition and the attendance at trial of each witness. Plaintiff understands that it is his obligation to pay for the required witness fees for each witness listed in Exhibit A.

Respectfully submitted.

Dated this 4TH day of December 2020

/s/ *Anton Ewing*
Anton Ewing,
Plaintiff in *pro per*

## PROOF OF SERVICE

I, Anton Ewing, am over 18, a pro per plaintiff in this matter. I have filed this Ex Parte and had it served on Defendants as follows:

**3: 20-cv-01707-DMS-KSC**

I mailed this **Ex Parte request for subpoenas for California witnesses,** first class postage prepaid, to:

Elliott N Kanter
Law Offices of Elliott N Kanter
2445 Fifth Avenue
Suite 350
San Diego, CA 92101
(619)231-1883
Fax: (619)234-4553
Email: ekanter@enkanter.com

Michelle Truong
Law Office of Elliott Kanter
2445 Fifth Avenue
Suite 350
San Diego, CA 92101
619-231-1883
Email: associate@enkanter.com

I swear under penalty of perjury that the above was served as stated.
Dated: December 4, 2020

/S/ Anton Ewing
Anton Ewing

# Exhibit A

## EXHIBIT A

Kando White Dove Release
- 2961 4th Ave Los Angeles CA 90018

Imperial Ice Cream & Candy Inc
- 11208 S Avalon Blvd, Los Angeles
- FAZEL KHALIL, 11208 AVALON BLVD, LOS ANGELES CA 90061

A&V Limousine Services, LLC
- 3105 Garden Avenue Los Angeles, CA 90039
- Agent for Service of Process:
- WILFREDO RIVES
  3105 GARDEN AVE
  LOS ANGELES CA 90039

Grand Prix Auto Body
- 1220 Mateo St, Los Angeles CA 90021
- Agent for Service of Process:
- HOWARD CHUNG
  3435 WILSHIRE BLVD, #650
  LOS ANGELES CA 90010

JL Pereira Trucking
- PO BOX 8461
  FRESNO CA 93747

Hawley Auto Body & Frame
- 2844 Lytton Street
  San Diego, CA 92110-4810

JIS Limo
- 13128 Magnolia St, Garden Grove, CA 92844

Blue Zone Plumbing
- 1776 Woodland Ave, Glendale, CA 91208

Pipeline Wine Spirits
- 14584 Pipeline Ave, Chino, CA 91710

Go Green Recycling
- 164 Malbert St, Perris, CA 92570

Anton Ewing
3077 Clairemont Dr. #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

Plaintiff In *Pro Per*

COURTESY COPY FOR JUDGE

# THE UNITED STATES FEDERAL DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Nova Lending Solutions, LLC<br>a Georgia Limited Liability Company,<br><br>Lee Aiken, an individual.<br><br>Defendants. | Civil Case No. 20-cv-01707-DMS-KSC<br><br>(Honorable Judge Dana M. Sabraw)<br><br>**EX PARTE MOTION FOR SUBPOENAS FOR CALIFORNIA WITNESSES**<br><br>Date: NA<br>Time: NA<br>Dept: 13 FL<br><br>No oral argument unless ordered by the Court |

Plaintiff Anton Ewing (herein "Plaintiff" or "Ewing), hereby respectfully request for the Honorable District Judge Dana M. Sabraw grant Plaintiff's request for subpoenas over ten witnesses that have interacted and done business in California with Defendant Nova Lending Solutions, LLC and Defendant Lee Aiken. Namely, each of the listed witnesses were provided by the Defendants in

PLAINTIFF'S EX PARTE MOTION FOR SUBPOENAS FOR CALIFORNIA WITNESSES- 1

their response to a request for production of documents. It is Defendants that have made these witnesses known to Plaintiff. Defendants have asserted that these witnesses were called by Defendants or their agent. Plaintiff has personally interview these California witnesses and they each stated that they were illegal called and harassed by the Defendants recently. They each have information relevant to this action that will tend to prove Plaintiff's claims and causes of action. Exhibit A is the list of the California residents that Plaintiff needs to testimony from. The Court is requested to grant Plaintiff, who is pro se, permission to have the Clerk of the Court issue subpoenas for the deposition and the attendance at trial of each witness. Plaintiff understands that it is his obligation to pay for the required witness fees for each witness listed in Exhibit A.

Respectfully submitted.

Dated this 4TH day of December 2020

/s/ *Anton Ewing*
Anton Ewing,
Plaintiff in *pro per*

# PROOF OF SERVICE

I, Anton Ewing, am over 18, a pro per plaintiff in this matter. I have filed this Ex Parte and had it served on Defendants as follows:

**3: 20-cv-01707-DMS-KSC**

I mailed this **Ex Parte request for subpoenas for California witnesses,** first class postage prepaid, to:

Elliott N Kanter
Law Offices of Elliott N Kanter
2445 Fifth Avenue
Suite 350
San Diego, CA 92101
(619)231-1883
Fax: (619)234-4553
Email: ekanter@enkanter.com

Michelle Truong
Law Office of Elliott Kanter
2445 Fifth Avenue
Suite 350
San Diego, CA 92101
619-231-1883
Email: associate@enkanter.com

I swear under penalty of perjury that the above was served as stated.
Dated: December 4, 2020

/S/ Anton Ewing
Anton Ewing

20cv1707

# Exhibit A

# EXHIBIT A

Kando White Dove Release
- 2961 4th Ave Los Angeles CA 90018

Imperial Ice Cream & Candy Inc
- 11208 S Avalon Blvd, Los Angeles
- FAZEL KHALIL, 11208 AVALON BLVD, LOS ANGELES CA 90061

A&V Limousine Services, LLC
- 3105 Garden Avenue Los Angeles, CA 90039
- Agent for Service of Process:
- WILFREDO RIVES
  3105 GARDEN AVE
  LOS ANGELES CA 90039

Grand Prix Auto Body
- 1220 Mateo St, Los Angeles CA 90021
- Agent for Service of Process:
- HOWARD CHUNG
  3435 WILSHIRE BLVD, #650
  LOS ANGELES CA 90010

JL Pereira Trucking
- PO BOX 8461
  FRESNO CA 93747

Hawley Auto Body & Frame
- 2844 Lytton Street
  San Diego, CA 92110-4810

JIS Limo
- 13128 Magnolia St. Garden Grove, CA 92844

Blue Zone Plumbing
- 1776 Woodland Ave, Glendale, CA 91208

Pipeline Wine Spirits
- 14584 Pipeline Ave, Chino, CA 91710

Go Green Recycling
- 164 Malbert St, Perris, CA 92570

Anton Ewing
3077 Clairemont Dr. #372
San Diego, CA 92117



First-Class
Mailed From 92117
032A 0061837120

DEC 0 7 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

U.S District Court of
Southern California
333 West Broadway, 4th FL
San Diego, CA 92101

