UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING, an individual,<br><br>       Plaintiff,<br><br>v.<br><br>NOVA LENDING SOLUTIONS, LLC, a Georgia limited liability company; LEE AIKEN, an individual,<br><br>       Defendants. | Case No.:  20cv1707-DMS(KSC)<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR SUBPOENAS [Doc. No. 29.]** |

  Plaintiff has filed an *Ex Parte* Motion for Subpoenas.  [Doc. No. 29.]  Exhibit A to plaintiff's *Ex Parte* Motion is a list of ten witnesses identified by defendants in response to a written discovery request.  Plaintiff wants to subpoena these witnesses, because he believes they have information that is relevant to the claims in his Complaint.  [Doc. No. 29, at pp. 1, 2-5.]  Because he is *pro se*, plaintiff requests that the Court issue an order directing the Clerk of the Court to provide him with subpoena forms.

/ / /

/ / /

/ / /

1

   Plaintiff's request for subpoenas is GRANTED.  The Clerk of the Court is directed to provide plaintiff with ten (10) subpoenas at his address of record.

   IT IS SO ORDERED.

Dated:  February 11, 2021

                Hon. Karen S. Crawford
                United States Magistrate Judge